**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**MIDDLE DIVISION**

| | |
|---|---|
| **NICHOLAS PATTON,** | |
| **Plaintiff,** | **Docket No.** |
| **v.** | **JURY DEMAND** |
| **LEE MENNERICH,** | |
| **Defendant.** | |

**NOTICE OF REMOVAL**

Defendant Lee Mennerich ("Defendant"), hereby notifies the Judges of the United States District Court for the Middle District of Tennessee, Middle Division, the Clerk of the Circuit Court of Davidson County, Tennessee and Plaintiff, Nicholas Patton, that the action described herein and filed in the Circuit Court of Davidson County, Tennessee, is removed to the United States District Court for the Middle District of Tennessee, Middle Division, pursuant to 28 U.S.C. § 1441. Unnamed Defendant, Progressive Casualty Insurance Company, consented to removal.

1. On December 20, 2022, Plaintiff filed a civil action bearing Docket No. 22C2607 against the Defendant in the Circuit Court of Davidson County, Tennessee. Service of the Complaint and Summons was made upon Lee Mennerich less than thirty days prior to the filing of this Notice of Removal.

2. This action is filed by Plaintiff arising out of an automobile accident occurring on October 26, 2022.

3. Petitioner seeks removal of this action to this Court upon the grounds that the controversy is wholly between citizens of different states and involves an

amount in controversy which exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of the interest and costs, 28 U.S.C. § 1332. Specifically, the complaint demands damages in the amount of $250,000.00.

4. Plaintiff is a citizen of the State of Tennessee and was a citizen of the State of Tennessee at the time of the filing of this action and at the time of removal. Defendant is a citizen of the State of Michigan. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5. This Notice is filed within the time prescribed by 28 U.S.C. §1446(b).

6. A copy of the Summons and Complaint, being all the papers served upon the Defendants, is attached hereto.

WHEREFORE, Notice is hereby given that the said civil action number 22C2607 is removed from the Circuit Court of Davidson County, Tennessee, to this Court.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.


By: /s/ Nathan E. Shelby
NATHAN E. SHELBY (#026583)
GRACE BENITONE (#040650)
*Attorneys for Defendant*
201 4TH Avenue North, Suite 1850
Nashville, Tennessee 37219
(615) 613-0442
nshelby@raineykizer.com
gbenitone@raineykizer.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by mailing postage prepaid or by email. Parties may access this filing through the Court's electronic filing system.

ANDREA STILGENBAUER (#035253)
ROCKY McELHANEY (#020205)
*Attorneys for Plaintiff*
475 Saundersville Road
Hendersonville, Tennessee 37075
(615) 932-8600
andrea@rockylawfirm.com

JOHN THOMAS FEENEY (#011482)
*Attorney for Unnamed Defendant*
9019 Overlook Blvd., Suite D-4
Brentwood, Tennessee 37027
(615) 377-9000
jtf@feeneymurray.com

This the 14th day of March, 2023.

_/s/ Nathan E. Shelby_
Nathan E. Shelby

3