IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NICHOLAS PATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:23-cv-00225 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| LEE MENNERICH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On November 19, 2024, the parties filed an amended joint stipulation of dismissal. (Doc. No. 25, "Stipulation"), which was signed by counsel for both parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this action without any action on the part of the Court. The Stipulation states that dismissal is with prejudice, and therefore under Rule 41(a)(1)(B), the dismissal is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED WITH PREJUDICE** effective as of the time of the filing of the Stipulation.

The Clerk of the Court is **DIRECTED** to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE