UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Nicholas Patton

       Plaintiff,

v.               Case No.: 3:23−cv−00225

Lee Mennerich, et al.

       Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/25/2024 re [26].

Lynda M. Hill
s/ Annecia L Donigan, Deputy Clerk